838

## PITTS v. STATE.
### No. 17917.

Court of Criminal Appeals of Texas.
Feb. 12, 1936.

N. B. D. Bailey, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for operating a motor vehicle upon the public highway while appellant was intoxicated. Punishment assessed was confinement in the penitentiary for one year.

The indictment properly charges the offense. The record is before us without bills of exception or statement of facts. In such condition, nothing is presented for review.

The judgment is affirmed.

## JOHNSON v. STATE.
### No. 17910.

Court of Criminal Appeals of Texas.
Feb. 12, 1936.

Cooper & Baker, of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The record is before us without statement of facts and bills of exception.

No error having been perceived, the judgment is affirmed.

## ARROTT v. STATE.
### No. 17913.

Court of Criminal Appeals of Texas.
Feb. 13, 1936.

Joe Burkett, Jr., of Kerrville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The evidence heard upon the trial is not brought up for review. No fundamental error having been perceived or pointed out, the judgment is affirmed.